UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DEBORAH T.,[1] | Case No. 2:21-cv-05238-CJC-JC |
|---|---|
| Plaintiff, | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Motion to Dismiss, and all of the records herein, including the December 15, 2021 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that (1) the Motion to Dismiss is granted; (2) the Complaint and this action are dismissed without prejudice; and (3) Judgment be entered accordingly.

---

[1] Plaintiff's name is partially redacted to protect her privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment on plaintiff and counsel for defendant.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 11, 2022



_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE